**To:** The Honorable Frank D. Whitney
Chief U.S. District Court Judge

**From:** Will Sinclair
U.S. Probation Officer

**Subject:** **Derrick Owens**
Case Number: 0419 3:13CR00019- 005
**REQUEST TO DESTROY SEIZED PROPERTY**

**Date:** 10/31/2016



**NORTH CAROLINA WESTERN
MEMORANDUM**

On November 5, 2015, a warrantless search of the abovementioned defendant's residence was conducted. The defendant's cell phone was seized during this search, resulting in the recovery of numerous text messages detailing drug deals. The defendant was revoked by Your Honor on January 12, 2016 due to his ongoing engagement in the sale of narcotics.

Since his incarceration, U.S. Probation has been unable to locate the defendant's roommate, Marvin Sanders, in order to return the phone. It is respectfully requested at this time that Your Honor authorize the destruction of this phone, so it may be cleared from inventory.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7672, should you have any questions.

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Title: USDJ
United States District Court